UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

VIRGIL KELLY,

    Petitioner,

V.

AARON SMITH,

    Warden.

CIVIL ACTION NO. 5:17-cv-437-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court HEREBY ORDERS AND ADJUDGES that:

1. Kelly's petition for a writ of habeas corpus (DE 1) is **DISMISSED WITH PREJUDICE** and judgment is entered in favor of defendant;

2. A certificate of appealability **SHALL NOT BE ISSUED** because Kelly has failed to make a substantial showing of the denial of a constitutional right;

3. This judgment is **FINAL**; and

4. This matter is **STRICKEN** from the Court's active docket.

Dated May 21, 2019.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY